```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

```
JONATHAN BRETT BATES,            :
                                 :
     Plaintiff,                  :
                                 :
v.                               :     CIVIL ACTION 05-0628-M
                                 :
JO ANNE B. BARNHART,             :
Commissioner of                  :
Social Security,                 :
                                 :
     Defendant.                  :
```

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Jonathan Brett Bates and against Defendant JO Anne B. Barnhart.

DONE this 20th day of October, 2006.

```
                         s/BERT W. MILLING, JR.
                         UNITED STATES MAGISTRATE JUDGE
```