```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    NORTHERN DIVISION
```

JONATHAN BRETT BATES,                :
                                     :
    Plaintiff,                       :
                                     :
vs.                                  :   CIVIL ACTION 05-0628-M
                                     :
JO ANNE B. BARNHART,                 :
Commissioner of                      :
Social Security,                     :
                                     :
    Defendant.                       :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. 2412 be and is hereby **GRANTED** and that Plaintiff's attorney be and is hereby **AWARDED** an EAJA attorney's fee in the amount of $1,875.00.  No costs are taxed.

DONE this 13th day of November, 2006.

                                              s/BERT W. MILLING, JR.
                                              UNITED STATES MAGISTRATE JUDGE